IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

J. R.,

          Plaintiff,

v.                                  CIVIL ACTION NO.   2:24-cv-00159

CHAD SHAFER,

          Defendant.

**ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the times by or on which certain events must occur:

| | |
|---|---|
| 07-23-24 | Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).) |
| 08-05-24 | Last day for Rule 26(f) meeting. |
| 08-12-24 | Last day to file Report of Parties' Planning Meeting. *See* Worksheet for Report of Parties' Planning Meeting and form for Report of Parties' Planning Meeting, available on the Court's website. LR Civ P 16.1. |
| 08-26-24 | Scheduling conference at **9:30 a.m**. before the <u>United States District Judge Joseph R. Goodwin</u> at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, **Room 6610** (Library/Conference Room), Charleston, West Virginia.   All lead and/or local counsel are directed to appear in person, and all out-of-town counsel may appear by telephone.   At the scheduling/status conference, the parties shall be prepared to discuss the following: |

    (a)    the discovery to be completed and the amount of time necessary for its completion;
    (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
    (c)    the possibility of entering into stipulations regarding issues for trial;

  (d) the possibility of obtaining admissions regarding facts and documents; and
  (e) other matters that will assist the parties in reaching a final resolution of this matter.

09-03-24  Entry of scheduling order.

09-10-24  Last day to make FR Civ P 26(a)(1) disclosures.

  The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

  Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Worksheet for Report of Parties' Planning Meeting, all of which are available on the Court's website.

  The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

          ENTER: July 2, 2024

          _____
          JOSEPH R. GOODWIN
          UNITED STATES DISTRICT JUDGE